Aug 8, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 13-80156-CR-MARRA/MATTHEWMAN

Case No. _____

18 USC § 922(g)(1)
18 USC § 924(a)(2)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TIMOTHY ARTHUR PERRY,

        Defendant.

_____/

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about August 4, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**TIMOTHY ARTHUR PERRY,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and one or more rounds of ammunition, in and affecting commerce, to wit: a Phoenix Arms Model HP22A .22 caliber

semi-automatic pistol, and approximately sixty-two (62) rounds of .22 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

TIMOTHY ARTHUR PERRY,

        **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    _X_
   - II    6 to 10 days    ___
   - III    11 to 20 days    ___
   - IV    21 to 60 days    ___
   - V    61 days and over    ___

   (Check only one)
   - Petty ___
   - Minor ___
   - Misdem. ___
   - Felony _X_

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _None_
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
John C. McMillan, Jr.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500228

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: TIMOTHY ARTHUR PERRY

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   JOHN C. McMILLAN, JR

Last Known Address: Palm Beach County Jail

What Facility: _____

Agent(s):   FBI John J. MacVeigh, IV
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

**Defendant's Name:** TIMOTHY ARTHUR PERRY

**Case No:** _____

**Count #: 1**

Felon in Possession of Firearm and Ammunition

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**\* Max.Penalty:** 0-10 years' incarceration, $250,000 fine, 0-3 years' supervised release

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96